IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JONATHAN DUNCAN, | ) |
| Plaintiff, | ) |
| v. | ) 1:12CV793 |
| LEWIS O. SMITH, et al., | ) |
| Defendants. | ) |

ORDER

On July 31, 2013, the United States Magistrate Judge's Memorandum Opinion and Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed objections to the Recommendation within the time limit prescribed by Section 636.

The Court has reviewed the parties' submissions de novo and finds they do not change the substance of the United States Magistrate Judge's rulings which are affirmed and adopted.

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss [Doc. #14] is GRANTED, that Defendant Hassan's Motion to Dismiss [Doc. #17] is GRANTED, and that this case is DISMISSED. A Judgment will be entered contemporaneously herewith.

This, the 9th day of September, 2013.

United States District Judge